**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES, | No. C 09-1792 MMC (PR) |
|     Petitioner, | **ORDER OF DISMISSAL; DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| JOHN MARSHALL, Warden, | **(Docket No. 10)** |
|     Respondent. | |

      On April 14, 2009, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed July 17, 2009, the Court found the petition was a "mixed petition," that is, a petition containing both exhausted and unexhausted claims. Consequently, the Court informed petitioner the petition was subject to dismissal as unexhausted. See Rhines v. Webber, 544 U.S. 269, 273 (2005). In so doing, the Court provided petitioner the opportunity either to: (1) amend the mixed petition by striking unexhausted claims as an alternative to suffering dismissal, or (2) request a stay of the petition while he exhausts his unexhausted claims in state court. The Court granted petitioner thirty days to make the above choice and informed him that if he failed to do so the petition would be dismissed without prejudice. (Order, filed July 17, 2009, at 3-4.) The Court also granted petitioner leave to proceed in forma pauperis.

On August 3, 2009, petitioner filed an amended petition.[1] The amended petition, which is filed on the court's habeas corpus petition form, contains all of the claims raised in the original petition, specifically, petitioner's exhausted prosecutorial misconduct and sentencing claims, as well as his unexhausted ineffective assistance of counsel claim. In the section of the form that asks petitioner to state any grounds presented in the petition that were not previously presented to any court and the reason why, petitioner writes: "Ineffective Assistance of Counsel. Why? Because, my appeallate [sic] Attorney told there was no grounds." (Amen. Pet. at 6:25-26.)

In filing the instant amended petition, petitioner has failed to comply with the Court's order to choose whether to proceed only with his exhausted claims or to request a stay. As such, the petition before the Court remains a mixed petition that must be dismissed as unexhausted. Accordingly, the instant petition is hereby DISMISSED without prejudice to petitioner's filing a new habeas corpus action in federal court after all available state remedies have been exhausted with respect to the claims petitioner wishes to include in his petition.

Additionally, petitioner's recently-filed motion for leave to proceed in forma pauperis is hereby DENIED as moot because petitioner already has been granted leave to proceed in forma pauperis herein.

This order terminates Docket No. 10.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 28, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The amended petition initially was opened by the Clerk as a new habeas corpus action; thereafter, the Court ordered that the new action be closed and the amended petition filed in the instant action. See Jones v. Marshall, No. C 09-3541 MMC (PR) (Order Administratively Closing Case; Directing Clerk to File Petition as Amended Petition in Case No. C 09-1792 MMC (PR), filed Aug. 12, 2009).