IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN JONES,

        Petitioner,

  v.

JOHN MARSHALL, Warden,

        Respondent.
                                    /

No. CV-09-1792 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the instant petition is hereby DISMISSED without prejudice to petitioner's filing a new habeas corpus action in federal court after all available state remedies have been exhausted with respect to the claims petitioner wishes to include in his petition.

Dated: August 28, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk